IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON INDEPENDENT SCHOOL DISTRICT, THE CITY OF HOUSTON, HARRIS COUNTY, on behalf of itself and the following county-wide taxing jurisdictions, THE HARRIS COUNTY EDUCATION DEPARTMENT, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, and THE HOUSTON COMMUNITY COLLEGE SYSTEM, | § § § § § § § § § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-06-1692 |
| v. | § | |
| ATHANASIOS CHRISTOY, DE-VICENTIS TRADING LTD. COMPANY, NICOLAOS VRETTOS a/k/a NICOLAOL VRETTOL, | § § § § | |
| Defendants, | § | |
| v. | § | |
| THE UNITED STATES JUSTICE DEPARTMENT, THE UNITED STATES DRUG ENFORCEMENT AGENCY, THE INTERNAL REVENUE SERVICE, THE UNITED STATES SECRET SERVICE, and THE CENTRAL INTELLIGENCE AGENCY, | § § § § § § | |
| Third-Party Defendants. | § | |

ORDER OF REMAND

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that the original tax delinquency action filed by Houston Independent School District and other state taxing authorities against Defendants Athansios Christoy, Nicolaos Vrettos, and others, is REMANDED to the 165th Judicial District Court of Harris County, Texas, pursuant to 28 U.S.C. § 1447(c).

The clerk will mail a certified copy of this Order to the Clerk of the 165th Judicial District Court of Harris County, Texas, as required by 28 U.S.C. § 1447, and shall notify all parties and provide them with a true copy of this Order.[1]

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 31st day of July, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the Memorandum and Order referenced above, a separate final judgment is being signed this day dismissing Third-Party Plaintiff Nicolaos Vrettos's Third-Party Petition against Third-Party Defendants the United States Justice Department, the United States Drug Enforcement Agency, the Internal Revenue Service, the United States Secret Service, and the Central Intelligence Agency.