```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

| | | |
|---|---|---|
| HOUSTON INDEPENDENT SCHOOL DISTRICT, THE CITY OF HOUSTON, HARRIS COUNTY, on behalf of itself and the following county-wide taxing jurisdictions, THE HARRIS COUNTY EDUCATION DEPARTMENT, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, and THE HOUSTON COMMUNITY COLLEGE SYSTEM, | § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-1692 |
| ATHANASIOS CHRISTOY, DE-VICENTIS TRADING LTD. COMPANY, NICOLAOS VRETTOS a/k/a NICOLAOL VRETTOL, | § § § § | |
| Defendants, | § § | |
| v. | § § | |
| THE UNITED STATES JUSTICE DEPARTMENT, THE UNITED STATES DRUG ENFORCEMENT AGENCY, THE INTERNAL REVENUE SERVICE, THE UNITED STATES SECRET SERVICE, and THE CENTRAL INTELLIGENCE AGENCY, | § § § § § § § § | |
| Third-Party Defendants. | § | |

## **FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Third-Party Plaintiff Nicolaos Vrettos's Third-Party Petition against Third-Party Defendants The United States Justice Department, the United States Drug Enforcement Agency, the Internal Revenue Service, the United States Secret Service, and the Central Intelligence Agency, is DISMISSED.

The Court, pursuant to Fed. R. Civ. P. 54(b), expressly determines that there is no just reason for delay the entry of a Final Judgment in behalf of the foregoing named Third-Party Defendants.  Accordingly, this is a **FINAL JUDGMENT**.[1]

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 31st day of July, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The original action filed by Houston Independent School District and other state taxing authorities as Plaintiffs against Defendants Athanasios Christoy and others, is being remanded to State Court by separate Order.